1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
3 | 1055 Lincoln Avenue
4 | Post Office Box 5025
San Jose, California 95150-5025
5 | Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
6 |
7 | Attorney for Plaintiff
8 | /jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KRISTIN L. McCULLOUGH, | ) Case No:  5:12-cv-01990-EJD |
|---|---|
|                      Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
|                      Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Thursday, November 1, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

MELINDA L. HAAG
United States Attorney

Dated: September 11, 2012 /s/
ELIZABETH BARRY
Special Assistant U.S. Attorney
Social Security Administration

Dated: September 11, 2012 /s/
HARVEY P. SACKETT
Attorney for Plaintiff
KRISTIN L. McCULLOUGH

IT IS SO ORDERED.

Dated: September 13, 2012
HON. EDWARD J. DAVILA
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER 2

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755