HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTIN L. McCULLOUGH, | Case No: 5:12-cv-01990-EJD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Thursday, November 1, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: September 11, 2012 | */s/*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: September 11, 2012 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>KRISTIN L. McCULLOUGH |

IT IS SO ORDERED.

| Dated: September 13, 2012 | HON. EDWARD J. DAVILA<br>United States Magistrate Judge |
|---|---|

STIPULATION AND PROPOSED ORDER    2