```
 1  MELINDA L. HAAG CSBN 132612
    United States Attorney
 2  DONNA L. CALVERT, SBN IL 6191786
    Acting Regional Chief Counsel, Region IX
 3  ELIZABETH BARRY, CSBN 203314
    Special Assistant United States Attorney
 4
        160 Spear Street, 8th Floor
 5      San Francisco, California 94105
        Telephone:  (415) 977-8972
 6      Facsimile:  (415) 744-0134
        Email: Elizabeth.Barry@ssa.gov
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| KRISTIN L. McCULLOUGH,<br>SSN: XXX-XX-2860,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>           Defendant. | CASE NO.: 5:12-cv-01990-EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 28, 2013, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

   This is Defendant's second request for an extension of time in this matter. This request is made due to a reassignment of work in the office of the undersigned counsel of record for the Defendant and is not intended to cause intentional delay.

                                        Respectfully submitted,

Dated: December 21, 2012                */s/ Harvey Peter Sackett*
                                        (as authorized via e-mail)
                                        HARVEY PETER SACKETT
                                        Attorney for Plaintiff

| | |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: December 21, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/28/2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE